UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ALEXANDER ALBAN-TANDALIA, A-NUMBER: (245-126-247),

        Petitioner,

    v.

WARDEN,

        Respondent,

Case No.  2:26-cv-0837-DC-JDP

ORDER

On March 16, 2026, the court converted petitioner's motion for a temporary restraining order to a motion for a preliminary injunction and granted it.  ECF No. 7.  The court also referred the matter to me for further proceedings.  *Id.*

Still pending is respondents' response to the petition, ECF No. 6.[1]  Petitioner may file a reply within seven days.  If petitioner does not file a reply by this deadline, the matter will be deemed submitted.

---

[1] In their response, the government asks the court to either stay its decision on the merits or set a further briefing schedule 180 days out.  ECF No. 6 at 4.  The district judge did not address this request in her order on petitioner's motion for injunctive relief.  I will deny respondents' request because I find it unnecessary to delay issuing judgment here.

1

Accordingly, it is hereby ORDERED that petitioner may file a reply to respondents' response within seven days.  If petitioner does not file a reply by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    March 19, 2026                                    _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE